*LARUSSO, CONWAY & BARTLING, LLP*
*ATTORNEYS AT LAW*
*300 OLD COUNTRY ROAD, SUITE 341*
*MINEOLA, NEW YORK 11501*
Telephone No. (516) 248-3520
Facsimile No. (516) 248-3522

February 15, 2018

Filed ECF
Magistrate Marilyn D. Go
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

    Re: United States v. Steven Cotogno
       Criminal Docket No. 17-mj-01028

Dear Judge Go:

  Please accept this letter application requesting a modification of the travel restrictions imposed as part of the bail conditions on my client Steven Cotogno ("Cotogno"), in the above captioned case and permitting him to travel to Atlanta, Georgia from March 2, 2018 through March 11, 2018. Mr. Cotogno will be traveling to Georgia to stay with his daughter at her home located at 509 Ridge View Crossing Woodstock, GA. 30188. He will be visiting with his twin granddaughters for their birthday.

  Assistant U.S. Attorney Moira Penza and Pre-Trial Service Officer Andrew Abbott have no objection to our application.

  Thank you very much for your consideration of this application.

           Respectfully submitted,

          Robert P. LaRusso

cc: Moira Penza
   Assistant U.S. Attorney
   (via ECF)