NS:MKP/JPM
F. #2019R00928

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

~~STEVEN~~ STEPHEN COTOGNO,

Defendant.

QER. & NSM

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. 19-274 (JBW)
(T. 18, U.S.C., §§ 1001(a)(2) and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

MATERIAL FALSE STATEMENTS

On or about February 9, 2016, within the Eastern District of New York, the defendant ~~STEVEN~~ STEPHEN COTOGNO, in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the U.S. Department of Commerce, did knowingly and willfully make one or more materially false, fictitious and fraudulent statements and representations, to wit: providing a false name and description of John Doe, an individual whose identity is known to the United States Attorney, when in fact COTOGNO then and there well knew the true name and description of John Doe.

QER NSM

(Title 18, United States Code, Sections 1001(a)(2) and 3551 et seq.)

Richard P. Donoghue

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. # 2017R00928

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*STEVEN COTOGNO,*

Defendant.

# INFORMATION

(T. 18, U.S.C., §§ 1001(a)(2) and 3551 et seq.)

*A true bill.*

________________________________________
*Foreperson*

*Filed in open court this* __________________ *day,*

*of* ____________ *A.D. 20* _____

________________________________________
*Clerk*

*Bail, $* ____________

_____________________________________

***James P. McDonald, Assistant U.S. Attorney (718) 254-6376***
***Moira Kim Penza, Assistant U.S. Attorney (718) 254-6454***